```
LAWRENCE R. BROWN
Acting United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DALANA IRENE VAUGHN,<br><br>　　　　　Defendant. | CR. No. 2:08-CR-212-LKK<br><br>Stipulation and Order re<br>PSR Schedule |

　　　Defense counsel is presently in an extended state court trial. Accordingly, it is hereby stipulated by and between Assistant U.S. Attorney Mary L. Grad and counsel for Dalana Vaughn Lorie Teichert, that, to accommodate Ms. Teichert's schedule, it is appropriate to amend the briefing schedule relative to the presentence report as follows:

　　　Informal objections on or before February 17, 2009

　　　Disclosure of the report on or before February 24, 2009

　　　Formals objections to the report on or before March 3, 2009 and

///

///

///

///

Judgment and Sentencing on March 10, 2009 at 9:15 a.m.

DATED: _____          ___/s/ Lorie Teichert_____
                                        LORIE TEICHERT
                                        Attorney for Defendant

DATED: _____          LAWRENCE R. BROWN
                                        Acting United States Attorney


                                        By:___/s/ Mary L. Grad____
                                           MARY L. GRAD
                                           Assistant U.S. Attorney


SO ORDERED:


DATED: February 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT