

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

DALANA IRENE VAUGHN,

      Defendant.

CR. S-08-0212 LKK

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **DALANA IRENE VAUGHN**, Case No. CR. S-08-0212 LKK, Charge 18 U.S.C. 3606, from custody for the following reasons:

    \_\_\_  Release on Personal Recognizance

    \_\_\_  Bail Posted in the Sum of $ [ ]

        \_\_\_  Unsecured Appearance Bond

        \_\_\_  Appearance Bond with 10% Deposit

        \_\_\_  Appearance Bond with Surety

1     \_\_\_ Corporate Surety Bail Bond

2     \_X\_ (Other) [The defendant is sentenced to imprisonment of TIME SERVED.

3     A Judgment and Commitment Order to issue.]

4 Issued at Sacramento, CA on May 22, 2012, at 9:40 a.m.

6 Dated: May 22, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT JUDGE

26 VAUGHN, DALANA IRENE Order release TSR violation.wpd     2